# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFINEY R. RICHARD** | **CIVIL ACTION** |
| **VERSUS** | **No. 09-20** |
| **RAMON RIVAS, ET AL.** | **SECTION I/5** |

## ORDER

Considering the foregoing unopposed partial motion for summary judgment filed by plaintiff, Tiffiney R. Richard,[1]

**IT IS ORDERED** that the motion is **GRANTED**. The evidence presented by plaintiff demonstrates that Ramon Rivas rear-ended another vehicle and caused plaintiff's accident. A following motorist in a rear end collision is presumed negligent. Brightman v. RTA, 543 So.2d 568, 570 (La. App. 4 Cir. 1989). Defendant, ABC Professional Tree Service, Inc. ("ABC"), stipulated that, at the time of the accident, Rivas was acting in the course and scope of his employment. Because ABC has presented no evidence to rebut the presumption of negligence or to suggest the fault of any other party, the Court finds that there are no genuine issues of material fact with respect to liability. Accordingly, the Court grants plaintiff's motion and it finds ABC 100% at fault for plaintiff's accident.

New Orleans, Louisiana, February 25, 2010.

*[signature]*

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 33.

1